**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:   Matthew D. Anderson                                         Chapter 13

                Debtor(s)                                         Case No. 18-12246-BFK

## ORDER MODIFYING CLAIM #3 OF UNITED CONSUMERS FINANCIAL SERVICES (UCFS KIRBY CLEANING SYSTEM)

      This matter came before the court the Debtors' objection to Claim #3 of United Consumers Financial Services (UCFS Kirby Cleaning System), and after notice and hearing and it seeming right and proper; it is hereby;

**ORDERED** that claim #3 of United Consumers Financial Services (UCFS Kirby Cleaning System) shall be treated as wholly unsecured.

Dated: Jan 31 2019                                    /s/ Brian F. Kenney
_____                                   _____
                                                                    Brian F. Kenney
                                                                    United States Bankruptcy Judge

                                                       Entered on Docket: Feb 1 2019

I ASK FOR THIS:

/s/ Robert R. Weed _____
Robert R. Weed, VSB #24646.
Attorney for Debtor
1376 Old Bridge Rd., Ste. 101-4
Woodbridge, VA  22192
(703) 335-7793

SEEN:

/s/  Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street #400
Alexandria, VA 22314
(703) 836-2226

Copies to:

Rita Torres, Administrative Assistant
Bass & Associates, PC
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ  85712

United Consumer Financial Services Company, Inc.
865 Bassett Road
Westlake, OH  44145

United Consumer Financial Services Company
c/o Corporate Creations Network, Inc., Registered Agent
3411 Silverside Road
Tatnall Bldg, Ste 104
Wilmington, DE  19810